|   |   |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX |
| 3 | Social Security Administration<br>ELIZABETH FIRER |
| 4 | Special Assistant United States Attorney |

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone:  (415) 977-8943
   Facsimile:  (415) 744-0134
   E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| ROY KINMAN, | ) | |
|---|---|---|
|  | ) | CIVIL NO. 1:06-CV-01626 AWI DLB |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | STIPULATION AND ORDER TO EXTEND TIME |
|  | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Acting Commissioner of Social Security, | ) | |
|  | ) | |
| Defendant. | ) | |

   The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time to respond to Plaintiff's motion for summary judgment.  Due to an unusually heavy case load throughout the month of December, the undersigned attorney for the Commissioner did not notice the December 14, 2007, ECF notice of Plaintiff's Opening brief.  On January 25, 2008, counsel was informed of the error by the Court, and counsel indicated she would seek an extension.  The new due date will be February 22, 2008.  This amount of time is requested due to the fact that the undersigned attorney for the Commissioner has five other briefs due between now and February 15, 2008 including an appellate brief, and an oral argument at the Ninth Circuit.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

/s/ *Manuel D. Serpa*
_____
Dated January 28, 2008,

Manuel D. Serpa
(as authorized via telephone on January 28, 2008)
Attorney at Law

Attorney for Plaintiff

Dated January 28, 2008,

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:      /s/ *Elizabeth Firer*
_____
Elizabeth Firer
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **January 28, 2008**          **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE