McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| ROY KINMAN, Jr., ) | |
|     Plaintiff, ) | CIVIL NO. 1:06-CV-01626-AWI-DLB |
|     v. ) | STIPULATION AND ORDER TO EXTEND TIME |
| MICHAEL J. ASTRUE, ) Acting Commissioner of ) Social Security, ) | |
|     Defendant. ) | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time to respond to Plaintiff's motion for summary judgment.  The Commissioner's regional office currently has three full-time attorneys on extended leave for medical, professional and military purposes, which has resulted in a significantly increased workload for the undersigned Assistant United States Attorney.  In the months of January and February, she has had 16 briefs due in district courts and an appellate brief due in the Ninth Circuit.  Counsel has also had to prepare for a Ninth Circuit oral argument, and prepare an appeal recommendation, which involves very short and uncontrollable due dates.  As a result of this work load, counsel needs an additional three days to respond to Plaintiff's Opening Brief.  The current due date was February 22, 2008, the new due date will be February 25, 2008.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated February 25, 2008,

*/s/ Manuel D. Serpa*
_____
Manuel D. Serpa
(as authorized via email)
Attorney at Law

Attorney for Plaintiff

Dated February 25, 2008,

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:      /s/ *Elizabeth Firer*
_____
Elizabeth Firer
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **February 26, 2008**            **/s/ Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE

2